# PARKER HANSKI LLC
40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600

March 31, 2023

*Via ECF*
The Honorable James R.Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Ramon Santos v. 189 Bedford Avenue LLC and DT Parentco, LLC*
      *Docket No. 1:23-cv-00663(DG)(JRC)*

Dear Judge Cho:

  We represent the plaintiff in the above-entitled action. On March 30, 2023 plaintiff filed a letter motion seeking the Court's permission to file an amended complaint (ECF Doc # 11) substituting 189 Bedford Tacos LLC as a defendant in place of DT Parentco, LLC. Plaintiff's motion also included a copy of the proposed Amended Complaint (ECF Doc # 11-1) and a redline comparing the proposed Amended Complaint to the filed Complaint (ECF Doc # 11-2). Subsequent to the filing, plaintiff realized that the letter motion and its exhibits contained a scrivener's error in the name of the proposed new defendant. Specifically, 189 Bedford Tacos LLC's name was mistyped as "189 Beford Tacos LLC". Plaintiff therefore respectfully requests that the Court deem all references to "189 Beford Tacos LLC" in ECF Doc # 11, 11-1 and 11-2 to be substituted with "189 Bedford Tacos LLC".

  Thank you for your time and attention to this matter.

                Respectfully,

                /s/
                Robert G. Hanski